George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorneys for Plaintiff Shelby Harmer,*
*and on behalf of all others similarly situated*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Shelby Harmer, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Samsung Electronics America, Inc.,<br><br>Defendant. | Case No.: 2:22-cv-01437-APG-NJK<br><br>**Notice of voluntary dismissal of Samsung Electronics America, Inc. without prejudice** |

NOTICE                              - 1 -

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Shelby Harmer voluntarily dismisses without prejudice the claims against Samsung Electronics America, Inc. in this case. Each party will bear its own costs, disbursements, and attorney fees.

Dated: September 28, 2022.

**FREEDOM LAW FIRM**

 /s/ Gerardo Avalos
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
*Attorneys for Plaintiff Shelby Harmer*

NOTICE                     - 2 -